UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN F. WALSHE,<br><br>               Plaintiff,<br><br>    v.<br><br>ROBERT ZABORS and ENOVATION PARTNERS, LLC,<br><br>               Defendant,<br><br>    v.<br><br>VERACITY INNOVATION, LLC,<br><br>               Garnishee. | Case No. MC17-0071RSL<br><br>ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT |

      This matter comes before the Court on an "Application for Writ of Garnishment" filed by plaintiff Brian F. Walshe. Federal Rule of Civil Procedure 69(a)(1) provides that money judgments are enforced by a writ, the process for which is governed by the procedure of the state where the judgment was entered except to the extent that a federal statute applies. The proposed writ is not in the form proscribed by state law. See RCW 6.27.100 and RCW 6.27.105. The Court therefore declines to issue the writ. No further action will be taken on the existing application.

//

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT

1     Dated this 24st day of July, 2017.

                     */s/ Robert S. Lasnik*

                     Robert S. Lasnik
                     United States District Judge

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT          -2-